# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
ROBERT "BOBBY" YARBOROUGH, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
STANLEY JACOBS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JAMES WILLIAMS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
MARY LEACH WERNER, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY; ROBERT DAMPP,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; REMY VOISIN STARNS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
FIELDON KING "KING" ALEXANDER, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
WILLIAM JENKINS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; TAYLOR PORTER
BROOKS & PHILLIPS LLP, WILLIAM SHELBY
MCKENZIE, INDIVIDUALLY; VICKI
CROCHET, INDIVIDUALLY; ROBERT "BOB"
BARTON, INDIVIDUALLY; LESLIE EDWIN
"LES" MILES, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JOSEPH "JOE"
ALLEVA, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; SCOTT WOODWARD, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
VERGE AUSBERRY, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; MIRIAM SEGAR, IN
HER INDIVIDUAL AND OFFICIAL CAPACITY;
JOHN DOE (1-10) INDIVIDUALLY AND JANE
DOE (10-20) INDIVIDUALLY

NO. 2026 CW 0698

JUNE 9, 2026

---

In Re: Larry English, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 708092.

---

BEFORE: WOLFE, HESTER, AND BALFOUR, JJ.

**WRIT DISMISSED.** Pursuant to the motion to withdraw writ
application filed by relator, Larry English, this writ is
dismissed.

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT